Hook *vs.* Teasley ; James *vs.* The State; Jackson *vs.* The State.

appeal and to re-instate the same, such a motion did not stand as a
matter of right, but was largely addressed to the discretion of the
court, and that discretion will not be controlled unless abused.
Judgment affirmed.

March 11, 1884

BLANDFORD, Justice.

## HOOK *vs.* TEASLEY.

The mere absence of counsel for a defendant, with certain letters
which would establish the defence set up, is not a sufficient ground
for a continuance. 16 *Ga.*, 526.
Judgment affirmed.

February 19, 1884.

BLANDFORD, Justice.

## JAMES *vs.* THE STATE OF GEORGIA; JACKSON *vs.* THE STATE OF GEORGIA.

There was no abuse of discretion in these cases in refusing to grant a
new trial, on the ground that the verdicts were contrary to law
and evidence.
Judgment affirmed.

February 19 and March 4, 1884.